JOSHUA J. CLIFFE, Bar No. 215390
jcliffe@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

BRITNEY N. TORRES, Bar No. 287019
btorres@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
NATIONAL DISTRIBUTION CENTERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN MANUEL PEREZ-REYES and MYRA PEREZ-REYES, as individuals and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DISTRIBUTION CENTERS, LLC and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:17-cv-02434-JGB-SP<br><br>**DEFENDANT'S *EX PARTE* APPLICATION FOR RECONSIDERATION OF MOTION TO REMAND**<br><br>Date: None Set<br>Time: None Set<br>Courtroom: 1<br><br>Complaint Filed: May 3, 2017 |

# APPLICATION

Defendant National Distribution Centers, LLC ("Defendant") applies *ex parte* to move the Court to reconsider its order to remand this action to state court (Dkt. No. 26). Defendant applies to the Court for this order pursuant to Central District of California Local Rules 7-19 and 7-19.1.[1]

This Application is based on all pleadings and papers on file in this action, the Declaration of Britney N. Torres and exhibits attached thereto, any matter of which this Court may take judicial notice, and the Memorandum of Points and Authorities set forth below. Defendant respectfully requests this Court grant its *ex parte* application on the grounds that it will be substantially prejudiced and will suffer irreparable harm if this Court does not reconsider its order remanding this action to state court.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. DEFENDANT TIMELY PROVIDED NOTICE TO PLAINTIFFS

Defendant provided timely notice of this *ex parte* application to Plaintiffs' counsel, Treana Allen, on Tuesday, February 6, 2018 via telephone. Declaration of Britney N. Torres ("Torres Decl.") ¶ 2. During the phone call, Ms. Allen stated that Plaintiffs will oppose this *ex parte* application to reconsider the Court's order to remand this action to state court. *Id.* at ¶ 2.

Plaintiffs' counsel's contact information is as follows:

| Treana L. Allen, Esq. | Kevin Mahoney, Esq. |
|---|---|
| MAHONEY LAW GROUP, APC | MAHONEY LAW GROUP, APC |
| 249 E. Ocean Boulevard \| Suite 814 | 249 E. Ocean Boulevard \| Suite 814 |
| Long Beach, California 90802 | Long Beach, California 90802 |
| Phone: 562.590.5550 | Phone: 562.590.5550 |
| Email: tallen@mahoney-law.net | Email: kmahoney@mahoney-law.net |

[1] The proposed motion is submitted concurrently. *See Mission Power Eng. Co. v. Continental Casualty Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

## II. INTRODUCTION

This memorandum of points and authorities is filed in support of Defendant's *ex parte* application to move the Court to reconsider its order to remand this action to state court. Defendant respectfully requests this Court grant its *ex parte* application on the grounds that it will be substantially prejudiced and will suffer irreparable harm if this Court does not reconsider its order remanding this action to state court.

## III. PROCEDURAL AND FACTUAL BACKGROUND

Plaintiffs filed this action in California Superior Court for the County of San Bernardino on May 3, 2017. On December 1, 2017, Defendant accepted service of the Complaint. On December 4, 2017, Defendant timely removed this action to the U.S. District Court, Central District of California pursuant to the Class Action Fairness Act ("CAFA"). *See* 28 U.S.C. §§ 1332(d). On January 3, 2018, Plaintiffs filed their Motion to Remand on the ground that Defendant did not establish diversity and failed to meet the CAFA $5 million minimum amount-in-controversy requirement. On January 12, 2018, Defendant filed its Opposition. Plaintiffs replied on January 22, 2018.

On February 1, 2018, the Court entered its order remanding this action to the California Superior Court for the County of San Bernardino, Dkt. No. 26 ("Order"). Notice of the Order was sent via email on February 2, 2018. In its Order, the Court states that it found the "figures offered by Defendant as to the number of putative class members separated from [Defendant]" to be "contradictory." Order, at 6. However, the figures offered by Defendant in support of its Notice of Removal ("NOR") in the Declaration of Martha Michel, Dkt. No. 4 ("Michel Declaration") and the figures offered by Defendant in support of its Opposition to Plaintiffs' Motion to Remand in the Declaration of Jeremy Behrens , Dkt. No. 19-1 ("Behrens Declaration") were not contradictory. Rather, they were consistent in that they both showed that more than 1,227 non-exempt California employees had separated from

employment with Defendant since May 3, 2014. In light of the passage of time between the date of the Michel Declaration and the Behrens Declaration, it is logical that the Behrens Declaration established that a greater number of employees separated from employment with Defendant at the time that declaration was submitted.

Defendant now applies *ex parte* to move the Court to reconsider its order to remand this action to state court.

## IV. ARGUMENT

*Ex parte* relief is justified here because Defendant will be irreparably prejudiced if the relief is not granted and Defendant is without fault in creating the situation that requires *ex parte* relief. *See Mission Power Eng. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). On February 1, 2018, the Court entered its order remanding this action to state court. Under CAFA, Defendant must appeal "an order of a district court granting . . . a motion to remand a class action to the State court" within "10 days after entry of the order." 28 U.S.C. § 1332(d). However, noticed motions require a minimum of 28 days' notice. Central District of California Local Rule 6-1. Therefore, the only way Defendant can move this Court to reconsider its order to remand, through no fault of its own, is by *ex parte* application.

Dated: February 7, 2018

*/s/ Britney N. Torres*
JOSHUA J. CLIFFE
BRITNEY N. TORRES
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONAL DISTRIBUTION
CENTERS, LLC