JOSHUA J. CLIFFE, Bar No. 215390
jcliffe@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

BRITNEY N. TORRES, Bar No. 287019
btorres@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
NATIONAL DISTRIBUTION CENTERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN MANUEL PEREZ-REYES and MYRA PEREZ-REYES, as individuals and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DISTRIBUTION CENTERS, LLC and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:17-cv-02434-JGB-SP<br><br>**DECLARATION OF BRITNEY N. TORRES IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION AND MOTION FOR RECONSIDERATION OF MOTION TO REMAND**<br><br>Date: None Set<br>Time: None Set<br>Courtroom: 1<br><br>Complaint Filed: May 3, 2017 |

I, Britney N. Torres, do hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am one of the attorneys representing Defendant National Distribution Centers, LLC ("Defendant") in this case and make this declaration in support of Defendant's *Ex Parte* Application For Reconsideration of Motion to Remand. All of the information set forth herein is based on my personal knowledge and, if called and sworn as a witness, I could and would competently testify thereto.

2. On February 6, 2018, I called Treana Allen to discuss the Court's order remanding the action to state court. I advised Ms. Allen of Defendant's intention to file an *ex parte* application for reconsideration, and informed him that pursuant to the Honorable Jesus G. Bernal's Standing Order, "[*e*]*x parte* applications are considered on the papers and are not usually set for hearing." Ms. Allen stated that Plaintiffs would oppose the *ex parte* application. I also informed Ms. Allen that if Plaintiffs decided not to oppose the application they were required to notify the Courtroom Deputy Clerk by telephone. Attached hereto as **Exhibit A** is a true and correct copy of the e-mail I sent to Ms. Allen confirming our conversation.

3. The Declaration of Martha Michel, Dkt. No. 4, submitted in support of Defendant's Notice of Removal ("NOR") ("Michel Declaration") was signed on December 4, 2017 but was based on data from June 8, 2017.[1] The Michel Declaration was purposely drafted to establish the ***minimum*** number of employees that separated from Defendant since May 3, 2014 so that Defendant would not have to incur the time and expense of re-running the underlying data for removal purposes.

///

///

///

///

[1] The data was run in June 2017 to facilitate mediation between the Parties.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on February 7, 2108, at Sacramento, California.

*/s/ Britney N. Torres*
BRITNEY N. TORRES

# EXHIBIT A

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

**Torres, Britney N.**

| | |
|---|---|
| **From:** | Torres, Britney N. |
| **Sent:** | Tuesday, February 06, 2018 3:46 PM |
| **To:** | 'Treana L. Allen' |
| **Cc:** | Kevin Mahoney; Cliffe, Joshua J. |
| **Subject:** | Perez-Reyes v. National Distribution Centers: Ex Parte Application for Reconsideration |

Treana,

Thanks for taking my call just now. To confirm our conversation, NDC will be filing an ex parte application tomorrow for the Court to reconsider Plaintiffs' Motion to Remand based upon the Court's failure to consider material facts presented in NDC's opposition. Specifically, NDC will argue that the Court improperly disregarded the figures offered by NDC as to the number of putative class members separated from NDC.

As I mentioned on our call, the Court's standing order requires you to inform the Courtroom Deputy Clerk by telephone, (951) 328-2254, if Plaintiffs do not intend to oppose NDC's application.

**Britney Torres, Attorney At Law**
916.830.7252 direct 916.952.3934 mobile 916.561.0828 fax BTorres@littler.com
500 Capitol Mall, Suite 2000 | Sacramento, CA 95814

Littler | littler.com
Employment & Labor Law Solutions Worldwide