UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 17-2434 JGB (SPx)** | Date | January 5, 2023 |
|---|---|---|---|
| Title | ***Juan Manuel Perez Reyes, et al. v. National Distribution Centers, LLC, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order to Show Cause re Failure to File a Rule 26(f) Report (IN CHAMBERS)**

On October 26, 2022, the Court granted a joint stipulation filed by the parties to continue the Scheduling Conference from November 15, 2022 to January 9, 2023 at 11:00 a.m. to allow the parties to finalize settlement documents. ("Order," Dkt. No. 55.) Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties are to file their Joint Rule 26(f) Report no later than 14 days before the Scheduling Conference. To date, the parties have not filed a Joint Rule 26(f) Report or a notice of settlement.

Accordingly, the Court hereby **ORDERS** as follows:

1. The parties must show cause in writing no later than **Wednesday, January 11, 2023**, why they failed to timely submit their Joint Rule 26(f) Report and whether they need additional time to finalize settlement documents.

2. If the parties are not settling, the parties' Joint Rule 26(f) Report must be filed no later than **Tuesday, January 17, 2023.**

3. The scheduling conference hearing is **CONTINUED** to **Monday, January 23, 2023 at 11:00 a.m**.

**IT IS SO ORDERED.**