JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN MANUEL PEREZ-REYES, MYRA PEREZ-REYES, REGINA E. OROZCO, and IRMA NAVARRO as individuals and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DISTRIBUTION CENTERS, LLC and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.  5:17-cv-02434-JGB-SP<br><br>**ORDER**<br><br>Complaint Filed: August 7, 2018 |

# ORDER

The Court, having considered the stipulation of the Parties, and good cause appearing therefore, orders as follows:

1. This matter is remanded to San Bernardino Superior Court.

**IT IS SO ORDERED**.

Dated: January 18, 2023

HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE